**Opinion issued December 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-01004-CV

————————————

## IN RE CANDACE LOUISE CURTIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On December 2, 2025, relator Candace Louise Curtis filed a petition for writ of mandamus requesting that we compel the trial court to rule on relator's "Motion for Reconsideration and Motion for Rehearing with Motion for New Trial," which relator asserts was filed on November 7, 2025 and subsequently set for a November

24, 2025 submission date.[1] We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.

---

[1] The underlying case is *Candace Louise Curtis v. Carl Henry Brunsting*, cause number 2025-72470, pending in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.